**The Honorable Robert S. Lasnik**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>LARA G. ONESCHAK,<br><br>    Defendant/Judgment Debtor,<br><br>and<br><br>PETCO,<br><br>                    Garnishee. | NO. 2:17-MC-00111-RSL<br><br>(C08-5351)<br><br>[~~Proposed~~] Agreed Continuing Garnishee Order |

A Writ of Continuing Garnishment directed to Garnishee, Petco, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Petco, filed its Answer on December 26, 2017, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Lara G. Oneschak (Ms. Oneschak) was an active employee who was paid semi-monthly.

//

[~~PROPOSED~~] AGREED CONTINUING GARNISHEE ORDER
(*USA v. Lara G. Oneschak and Petco*,
USDC#: 2:17-MC-00111-RSL / C08-5351 - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

After notification of the garnishment proceeding was mailed to the parties on or about September 19, 2017, the Defendant/Judgment Debtor has not requested a hearing to determine exempt property as of this date. On January 19, 2018, the United States filed an Agreed Motion to Issue Continuing Garnishee Order, stating that it had agreed with Ms. Oneschak to request a reduced garnishment rate of 10 percent of her disposable earnings at Petco. The United States attached a Proposed Agreed Continuing Garnishee Order to that effect, jointly presented with Ms. Oneschak and bearing her signature.

IT IS THEREFORE ORDERED as follows:

That Garnishee, Petco, shall pay to the United States District Court for the Western District of Washington, all non-exempt earnings payable to Ms. Oneschak, that it has previously withheld pursuant to the Writ of Garnishment;

That from this date forward, Petco shall withhold and pay to the United States District Court for the Western District of Washington, 10 percent of the disposable earnings payable to Ms. Oneschak upon each period of time when Ms. Oneschak is entitled to receive such funds, and shall continue such payments, if any, until Ms. Oneschak's debt is paid in full or until she is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody, or control of any funds due and owing to Ms. Oneschak, or until further order of this Court;

//

[PROPOSED] AGREED CONTINUING GARNISHEE ORDER
(USA v. Lara G. Oneschak and Petco,
USDC#: 2:17-MC-00111-RSL / C08-5351 - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

That such payments shall be applied to Ms. Oneschak outstanding obligation by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. C08-5351 and 2:17-MC-00111-RSL, and delivered either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101.

DATED this 22nd day of January, 2018

_____
Robert S. Lasnik
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

_____
LARA G. ONESCHAK
Defendant/Judgment Debtor

[PROPOSED] AGREED CONTINUING GARNISHEE ORDER
(USA v. Lara G. Oneschak and Petco,
USDC#: 2:17-MC-00111-RSL / C08-5351 - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970