**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LARA G. ONESCHAK, <br><br> Defendant/Judgment Debtor, <br><br> and <br><br> PETCO, <br><br> Garnishee. | NO. 2:17-MC-000111-RSL <br><br> (C08-5351) <br><br> **Order Terminating Garnishment Proceeding and Disbursing Funds from Registry of Court** |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding. For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(C).

IT IS ORDERED that the garnishment is terminated and that Petco is relieved of further responsibility pursuant to this garnishment.

ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. Lara G. Oneschak and Petco,* USDC#: 2:17-MC-000111-RSL/C08-5351) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

And, under Local Civil Rule 67(b), IT IS FURTHER ORDERED that the clerk is authorized and directed to draw two checks on the funds deposited in the registry of this court, as follows:

- A check in the principal amount of $3,007.77, payable to the Department of Justice, Nationwide Central Intake Facility, to be credited to Lara G. Oneschak's outstanding balance in Case No. C08-5351 (W.D. Wash.), and mail or deliver the check to "Department of Justice, Nationwide Central Intake Facility, (NCIF) 2 Constitution Square, 145 N Street, NE., Room 5E.307, Washington, DC 20530; and

- A check in the principal amount of $178.72, plus all accrued interest, minus any statutory users fees, payable to Lara G. Oneschak, and mail or deliver the check to Lara G. Oneschak at an address to be supplied to the clerk by the United States Attorney's Office.

Dated this 2nd day of August, 2018.

*/s/ Robert S. Lasnik*
JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. Lara G. Oneschak and Petco,* USDC#: 2:17-MC-000111-RSL/C08-5351) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970