The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:17-MC-000111-RSL |
| Plaintiff, | (C08-5351) |
| vs. | **Amended Order Disbursing Funds from Registry of Court** |
| LARA G. ONESCHAK, | |
| Defendant/Judgment Debtor, | |
| and | |
| PETCO, | |
| Garnishee. | |

This matter came before the Court on the United States' Motion to Amend Order of Disbursement. For the reasons stated in the United States' Motion, the Court concludes that the portion of the August 2, 2018, Order disbursing funds from the Registry of the Court should be amended to account for an additional $128.40.

IT IS ORDERED under Local Civil Rule 67(b) that the Clerk is authorized and directed to draw two checks on the funds deposited in the Registry of this Court, as follows:

AMENDED ORDER DISBURSING
FUNDS FROM REGISTRY OF THE COURT
(*USA v. Lara G. Oneschak and Petco,* USDC#: 2:17-MC-000111-RSL/C08-5351) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

- A check in the principal amount of $3,007.77, payable to the Department of Justice, Nationwide Central Intake Facility, to be credited to Lara G. Oneschak's outstanding balance in Case No. C08-5351 (W.D. Wash.), and mail or deliver the check to "Department of Justice, Nationwide Central Intake Facility, (NCIF) 2 Constitution Square, 145 N Street, NE., Room 5E.307, Washington, DC 20530; and

- A check in the principal amount of $307.12, plus all accrued interest, minus any statutory users fees, payable to Lara G. Oneschak, and mail or deliver the check to Lara G. Oneschak at an address to be supplied to the clerk by the United States Attorney's Office.

Dated this 9th day of August, 2018.

*/s/ Robert S. Lasnik*
JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

**AMENDED ORDER DISBURSING
FUNDS FROM REGISTRY OF THE COURT
(*USA v. Lara G. Oneschak and Petco,* USDC#: 2:17-MC-000111-RSL/C08-5351) - 2**

**UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970**